UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2041 (GK) |
| | ) |
| R. JAMES NICHOLSON, Secretary | ) |
| U.S. Dep't of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Summons, Complaint, and First Amended Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 22nd day of January, 2007, via certified mail, return receipt requested, upon the Defendant, United States Attorney General, and United States Attorney as follows:

> R. James Nicholson, Secretary,
> U.S. Department of Veterans Affairs
> 810 Vermont Avenue, N.W.
> Washington, DC 20420
>
> The Honorable Alberto Gonzales
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530
>
> The Honorable Jeffrey A. Taylor, Esq.
> United States Attorney
> Judiciary Center Building, 10th Floor
> 555 4th Street, N.W.
> Washington, DC 20001

<u>See</u> Exhibit 1 (Copy of Certified Mail Receipts).

                          Respectfully Submitted,

                          /s/
                        JOSEPH D. GEBHARDT
                            (D.C. Bar No. 113894)
                        MYRREL C. HENDRICKS, JR.
                            (D.C. Bar No. 291781)
                        GEBHARDT & ASSOCIATES, LLP
                        1101 17th Street, N.W.
                        Suite 807
                        Washington, DC 20036-4716
                        (202) 496-0400

January 30, 2007             Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 30th day of January 2007, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

                The Honorable Jeffrey A. Taylor, Esq.
                United States Attorney
                Judiciary Center Building, 10th Floor
                555 4th Street, N.W.
                Washington, DC 20001

                          /s/
                        MYRREL C. HENDRICKS, JR.

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Alberto Gonzales, Attorney Gener
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: 1/22/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3266 3645

PS Form 3811, February 2004    Domestic Return Receipt    Mogenhan    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   R. James Nicholson, Secretary
   U.S. Department of Veterans Affairs
   810 Vermont Avenue, N.W.
   Washington, DC 20420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _P. Saunders_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): P. Saunders   C. Date of Delivery: 1-22-07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
JAN 2 2 2007
VACO MAIL CENTER

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3266 3669

PS Form 3811, February 2004    Domestic Return Receipt    Mogenhan    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Jeffrey A. Taylor
   United States Attorney
   555 Fourth Street, N.W.
   Washington, DC 20350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_       ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   01/22/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):  7003 1010 0003 3266 3652

PS Form 3811, February 2004    Domestic Return Receipt    Mogenhan    102595-02-M-1540