UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN M. MOGENHAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-2041 (GK) |
| v. | ) | |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE
THE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant R. James Nicholson, in his official capacity as Secretary of Veterans Affairs, and through undersigned counsel, respectfully moves this Court to enlarge the time within which defendant may answer or otherwise respond to the complaint from March 23, 2007 to April 23, 2007.  This is defendant's first extension for the answer to the complaint and pursuant to Local Civil Rule 7(m) plaintiff consents to the extension.

In support of this motion, defendant states the following: On November 29, 2006, plaintiff filed her complaint in this matter.  Service was perfected on January 22, 2007, making defendant's answer or response to the complaint due on March 23, 2007.  Because of undersigned counsel's schedule, including a two motions for summary judgment, two oppositions to summary judgment, and two replies to summary judgment, as well as a brief in the D.C. Circuit, counsel has been unable to consult with agency counsel and obtain the information necessary to file a proper response to the complaint.  The extension requested herein will provide counsel the time to do so.

Pursuant to Local Civil Rule 7(m) counsel for plaintiff consents to this extension.

March 21, 2007                                Respectfully submitted,


      /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

      /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN M. MOGENHAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-2041 (GK) |
| v. | ) | |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on defendant's unopposed motion for an extension of time to respond to the complaint. After considering the motion and the record herein, it is, this ____ day of March, 2007, hereby

ORDERED, that defendant's motion is GRANTED. Defendant shall file an answer or otherwise respond to the complaint on or before April 23, 2007.

_____
Gladys Kessler
United States District Judge

cc:   Counsel of record via ECF