UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>R. JAMES NICHOLSON, )<br>  Secretary of Veterans Affairs, )<br>)<br>  Defendant. )<br>_____) | No. 06-2041 (GK) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE
THE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant R. James Nicholson, in his official capacity as Secretary of Veterans Affairs, and through undersigned counsel, respectfully moves this Court to enlarge the time within which defendant may answer or otherwise respond to the complaint by two weeks, from April 23, 2007 May 7, 2007. This is defendant's second extension for the answer to the complaint and plaintiff consents to this requested extension.

In support of this motion, defendant states the following: On November 29, 2006, plaintiff filed her complaint in this matter. Service was perfected on January 22, 2007, making defendant's answer or response to the complaint due on March 23, 2007. Because of undersigned counsel's schedule, including a two motions for summary judgment, two oppositions to summary judgment, and two replies to summary judgment, as well as a brief in the D.C. Circuit, counsel was unable to consult with agency counsel and obtain the information necessary to file a proper response to the complaint. Accordingly, counsel sought and received an extension until April 23, 2007. Although counsel has been attempting to obtain all of the materials necessary to prepare a response to the complaint, counsel was unable to obtain those

materials from agency counsel, in part because agency counsel has been out of the office sick. Counsel has now involved the supervisor of the agency counsel and expects to receive the materials necessary to prepare a proper response to the complaint in the next two days. Unfortunately, however, undersigned counsel will be out of the office on for the next two days and unable to review the materials and prepare the response. Thus, the extension requested herein will provide counsel the time to review those materials and prepare a response to the complaint.

   Pursuant to Local Civil Rule 7(m), plaintiff consents to the requested extension.

April 18, 2007         Respectfully submitted,

             /s/
             JEFFREY A. TAYLOR, D.C. Bar # 498610
             United States Attorney

             /s/
             RUDOLPH CONTRERAS, DC BAR #434122
             Assistant United States Attorney

             /s/
             JOHN F. HENAULT, D.C. Bar # 472590
             Assistant United States Attorney
             555 4th Street, N.W.
             Washington, DC 20530
             (202) 307-1249
             (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN M. MOGENHAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-2041 (GK) |
| v. | ) | |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

This matter comes before the Court on defendant's motion for an extension of time to respond to the complaint. After considering the motion and the record herein, it is, this ____ day of April, 2007, hereby

ORDERED, that defendant's motion is GRANTED. Defendant shall file an answer or otherwise respond to the complaint on or before May 7, 2007.

_____
Gladys Kessler
United States District Judge

cc:   Counsel of record via ECF