UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>R. JAMES NICHOLSON, )<br>  Secretary of Veterans Affairs, )<br>)<br>    Defendant. )<br>_____) | No. 06-2041 (GK) |

## **ANSWER AND AFFIRMATIVE DEFENSES**

Defendant R. James Nicholson, in his official capacity as Secretary of Veterans Affairs, and through undersigned counsel, respectfully answers plaintiff's amended complaint as follows:

    1. Paragraph 1 contains plaintiff's statement of her case, to which no response is necessary. To the extent a response is necessary, defendant denies that it discriminated or retaliated against plaintiff.

    2. Paragraph 2 contains plaintiff's statement of the relief requested in this action, to which no response is necessary. To the extent a response is deemed necessary, defendant avers that plaintiff is not entitled to the requested relief, or any other relief.

    3. Defendant is without information to either admit or deny the allegations contained in paragraph 3.

    4. Defendant admits the allegations contained in paragraph 4.

    5. Paragraph 5 contains plaintiff's statement of jurisdiction to which no response is necessary.

    6. Paragraph 6 contains plaintiff's statement of jurisdiction to which no response is necessary.

7. Paragraph 7 contains plaintiff's statement of venue to which no response is necessary.

8. Defendant admits that plaintiff filed three formal administrative EEO complaints, but denies that the second and third complaints are still pending with the Agency or with the EEOC. Defendant also denies that the allegations contained in the first complaint are timely.

9. Defendant is without information to either admit or deny the allegations contained in paragraph 9.

10. Defendant is without information to either admit or deny the allegations contained in paragraph 10.

11. Defendant is without information to either admit or deny the allegations contained in paragraph 11.

12. Defendant is without information to either admit or deny the allegations contained in paragraph 12.

13. Defendant is without information to either admit or deny the allegations contained in paragraph 13.

14. Defendant denies the allegations contained in paragraph 14.

15. Defendant denies the allegations contained in paragraph 15.

16. Defendant denies the allegations contained in paragraph 16.

17. Defendant denies the allegations contained in paragraph 17.

18. Defendant denies the allegations contained in paragraph 18.

19. Defendant denies the allegations contained in paragraph 19.

20. Defendant denies the allegations contained in paragraph 20.

21. Defendant denies the allegations contained in paragraph 21.

22. Defendant denies the allegations contained in paragraph 22.

23. Defendant denies the allegations contained in paragraph 23.

24. Defendant denies the allegations contained in paragraph 24.

25. Defendant denies the allegations contained in paragraph 25.

26. Defendant denies the allegations contained in paragraph 26.

27. Defendant denies the allegations contained in paragraph 27.

28. Defendant denies the allegations contained in paragraph 28.

29. Defendant denies the allegations contained in paragraph 29.

30. Defendant denies the allegations contained in paragraph 30.

31. Defendant denies the allegations contained in paragraph 31.

32. Defendant denies the allegations contained in paragraph 32.

33. Defendant denies the allegations contained in paragraph 33.

34. Defendant denies the allegations contained in paragraph 34.

35. Defendant denies the allegations contained in paragraph 35.

36. Defendant denies the allegations contained in paragraph 36.

37. Paragraph 37 contains plaintiff's relief requested, to which no response is required. To the extent a response is deemed necessary, defendant denies that plaintiff is entitled to the requested relief, or any relief whatsoever.

38. Paragraph 38 contains plaintiff's jury demand, to which no response is necessary.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff has not timely exhausted her administrative remedies as to certain claims contained in the amended complaint.

### SECOND DEFENSE

Defendant denies all allegations of the amended complaint not expressly admitted in this answer.

WHEREFORE, having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that the Court grant defendant his costs and such other relief as may be appropriate.

May 7, 2007                                    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)