UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN </br></br> Plaintiff </br></br> v. </br></br></br> R. JAMES NICHOLSON, Secretary </br> Department of Veterans Affairs </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  Civil Action No.: 06-2041 (GK) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney John Henault as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Myrell C. Hendricks, Jr.**, via Electronic Case Filing (ECF).

**MYRELL C. HENDRICKS, JR.**
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov