UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>R. JAMES NICHOLSON, )<br>Secretary of Veterans Affairs, )<br>)<br>Defendant. )<br>) | No. 06-2041 (GK)<br><br>Status Conference Oct. 2, 2007<br>9:45 am |

## DEFENDANT'S CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(a), defendant respectfully requests that this Court amend the Scheduling Order in this matter to enlarge the time for the parties to conduct depositions from August 1, 2007 until September 4, 2007. The extension requested herein will not effect any other deadlines set by this Court, including the October 2, 2007 Status Conference. In support of this motion, defendant states:

On May 30, 2007, the parties appeared before this Court for an initial scheduling conference. During this conference, the Court stated that, because plaintiff wished for early mediation, and defendant stated that early mediation was unlikely to be productive, the parties should complete some initial discovery early in the case. To accommodate plaintiff's request for early mediation, and defendant's need for discovery prior to attending mediation, this Court ordered the parties to complete the depositions on plaintiff and two defendant witnesses before July 31 and similarly ordered the parties to file a praecipe informing the Court that such depositions had been completed by August 1, 2007. See May 30, 2007 Scheduling Order (Docket Entry # 11).

Although the parties scheduled the depositions of the two defense witnesses, those depositions could not be conducted as scheduled because former counsel for defendant had to respond to a motion for emergency injunctive relief and was unexpectedly required to travel to Indiana for four depositions in other cases. Similarly, plaintiff was called for jury duty the week of July 23, making depositions that week impossible. Due to these scheduling conflicts of the former counsel for defendant, and the fact that former counsel for defendant is transferring from the Civil Division, this case has been reassigned to undersigned counsel, who is in the process of learning the facts of the case and making arrangements so that the initial discovery can be completed by September 4, 2007.

In light of the foregoing, defendant respectfully requests that the Court amend the current Scheduling Order to extend the time for completing the appropriate depositions until September 4, 2007, at which time the parties will file an appropriate Praecipe. Following the completion of these depositions, the parties will schedule a mediation session with Magistrate Judge Kay.

Pursuant to Local Civil Rule 7(m), counsel for plaintiff consents to this request.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>R. JAMES NICHOLSON, )<br>Secretary of Veterans Affairs, )<br>)<br>Defendant. )<br>) | No. 06-2041 (GK) |

## ORDER

This matter comes before the Court on defendant's consent motion to amend the Scheduling Order. After considering the appropriate pleadings, the record herein, and applicable law, it is this ____ day of _____, 2007, hereby,

ORDERED, that defendant's motion is GRANTED. The May 30, 2007 Scheduling Order in this matter is hereby amended as follows:

The parties shall complete the three depositions set forth in the Scheduling Order by September 4, 2007. On September 4, 2007, the parties shall file a Praecipe informing the Court that the depositions have been completed. All other dates set forth in the Scheduling Order remain unchanged.

_____
Gladys Kessler