UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN M. MOGENHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-2041 (GK) |
| | : | |
| R. JAMES NICHOLSON, | : | |
| | : | |
| Defendant. | : | |

### ORDER

It is this 14th day of August, 2007, hereby

**ORDERED**, that this case is referred to a Magistrate Judge for discovery purposes.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**