**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
**ANN M. MOGENHAN,**             )
                                )
              **Plaintiff,**     )
                                )
     **v.**                      )    **Civil Action No. 06-2041 (GK)**
                                )
**GORDON H. MANSFIELD,**[1]      )
**Acting Secretary of Veterans** )
**Affairs**                      )
                                )
              **Defendant.**     )
_____ )

## ORDER

Upon consideration of the representations of the parties at the status conference held on October 4, 2007 and the entire record herein, it is hereby

**ORDERED** that discovery shall be extended for a period of ninety days; it is further

**ORDERED** that a status conference shall be held on **January 3, 2007** at **10:15 a.m.**


October 4, 2007                    /s/_____
                                   Gladys Kessler
                                   United States District Judge


**Copies to: Attorneys of record via ECF**

_____

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Secretary of Veterans Affairs Gordon H. Mansfield is automatically substituted as defendant for former Secretary of Veterans Affairs R. James Nicholson.