UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-2041 (GK) |
| R. JAMES NICHOLSON, | ) |
| Secretary of Veterans | ) |
| Affairs, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE STATUS CONFERENCE AND**
**FOR EXTENSION OF TIME FOR DISCOVERY**

Plaintiff Anne Mogenhan, by and through her undersigned counsel, hereby files this Motion to Continue Status Conference and for Extension of Time for Discovery, and in support of this Motion states as follows:

1. Pursuant to the Court's Order dated October 4, 2007, discovery in the above captioned case is due to conclude on January 2, 2008, and a post-discovery status conference to be held on January 3, 2007.

2. Pursuant to Rule 7(m) of the Federal Rules of Civil Procedure, Plaintiff attempted to contact Defendant via telephone and electronic mail to seek Defendant's consent to the instant motion. As of the date of this filing, Defendant has

not responded to Plaintiff's telephone or e-mail messages.

3. In accordance with the Court's October 4, 2007 Order, Plaintiff served her discovery requests on Defendant on June 29, 2007. To expedite Defendant's receipt of Plaintiff's discovery, Plaintiff transmitted her requests by facsimile and hand-delivery via courier. Defendant's discovery responses were due on July 30, 2007.

4. Assistant United States Attorney John F. Henault, Defendant's former representative, served discovery requests on Plaintiff on July 5, 2007. However, Assistant United States Attorney Kenneth Adebonojo, Defendant's current representative, informed Plaintiff that he intended to withdraw Mr. Henault's discovery requests and to substitute requests of his own. As of the date of this motion, Plaintiff has not received any discovery requests from Mr. Adebonojo.

5. The parties attended a mediation session before Magistrate Judge Kay on August 2, 2007. The parties entered into settlement negotiations shortly thereafter.

6. Plaintiff approached settlement negotiations in good faith and sent settlement proposals to Defendant on September 7, 2007, October 15, 2007, November 21, 2007 and November 26, 2007. Plaintiff's proposals contained information on

Plaintiff's settlement goals, including detailed accountings of Plaintiff's claim for lost wages.

7. Defendant made no indication from September 2007 through November 2007 that the Agency was unwilling to consider Plaintiff's proposals. Finally, Defendant sent Plaintiff an e-mail message on December 5, 2007, stating that the Agency was uninterested in pursuing any settlement that provided relief beyond a purely administrative remedy (i.e., a transfer of Plaintiff to an open position).

8. Plaintiff informed Defendant in a letter dated December 20, 2007, that Plaintiff intended to proceed to litigation based on Defendant's settlement posture. To that end, Plaintiff's letter asked when Defendant's responses to written discovery could be expected. Plaintiff also informed Defendant that a new and related EEO claim had concluded its 180-day investigative period, and therefore, Plaintiff requested permission to amend the Complaint.

9. Defendant responded via e-mail on December 28, 2007, stating that Defendant might object to allowing an amendment based on failure to exhaust administrative remedies. Defendant's message made no mention of when it anticipated responding to Plaintiff's discovery requests.

10. Plaintiff's counsel replied that same day renewing the request for discovery responses and informing Defendant that she intended to file the new matter as a related claim, based on Defendant's unwillingness to consent to an amendment.

11. As of the date of this motion, Defendant has failed to provide any responses to Plaintiff's written discovery requests and has failed to provide any indication of when discovery responses could be expected. Further, no depositions have been conducted in the above-captioned matter.

12. Moreover, Defendant has been uncommunicative at every phase of litigation, rendering Plaintiff's good faith efforts to conduct discovery and settlement negotiations ineffectual. In fact, Defendant failed to make any response to Plaintiff's numerous telephone and e-mail messages concerning the instant motion.

13. Based on Defendant's failure to respond to Plaintiff's discovery requests, despite Plaintiff's earnest attempts to obtain discovery responses, Plaintiff cannot adequately prepare her case for trial.

For all these reasons, Plaintiff's Motion should be granted, the discovery period in the above-captioned case extended until March 31, 2008, and the status conference

continued until April 1, 2008. An appropriate Order accompanies this Motion.

                                      Respectfully submitted,

                                                /s/
                                      JOSEPH D. GEBHARDT
                                      MYRREL C. HENDRICKS, JR.
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      Tel: (202) 496-0400
                                      Fax: (202) 496-0404

January 2, 2008              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Continue Status Conference and for Extension of Time for Discovery was served this 2nd day of January, 2008, via facsimile, electronic mail and first-class mail, upon counsel for Defendant as follows:

                Kenneth Adebonojo, Esq.
                Assistant United States Attorney
                United States Attorney's Office
                555 4th Street, NW
                Washington, DC 20530
                Tel: (202) 307-1249
                Fax: (202) 514-8780
                Email: kenneth.adebojo@usdoj.gov

                                                /s/
                                    MYRREL C. HENDRICKS, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) |
| | ) Civil Action No. 06-2041 (GK) |
| R. JAMES NICHOLSON, | ) |
| Secretary of Veterans | ) |
| Affairs, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion to Continue Status Conference and for Extension of Time for Discovery, it is hereby this _____ day of January, 2008, ORDERED:

1. That the Complainant's Motion is hereby is GRANTED;

2. That the parties shall be given an extension of time until March 31, 2008, to complete the discovery in this case; and

3. That the status conference shall be rescheduled for April 1, 2008.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies To:

MYRREL C. HENDRICKS, JR.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

Kenneth Adebonojo, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
Tel: (202) 307-1249
Fax: (202) 514-8780
Email: kenneth.adebojo@usdoj.gov