UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANN M. MOGENHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2041 (GK) |
| ) | |
| JAMES B. PEAKE,[1] ) | |
| Secretary of Veterans ) | |
| Affairs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the representations of the parties at the status conference held on January 3, 2008 and the entire record herein, it is hereby

**ORDERED** that Defendant's responses to written discovery are due no later than **January 11, 2008**; it is further

**ORDERED** that Plaintiff's responses to written discovery are due no later than **January 18, 2008**; it is further

**ORDERED** that discovery shall close on **March 30, 2008**; it is further

**ORDERED** that dispositive motions shall be due **May 8, 2008**; it is further

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary of Veterans Affairs James B. Peake is automatically substituted as defendant for former Acting Secretary of Veterans Affairs Gordon H. Mansfield.

**ORDERED** that a status conference shall be held on **April 17, 2008** at **10:00 a.m.**

January 3, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**