IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ANN M. MOGENHAN,            )
                            )
        Plaintiff,          )
                            )
    v.                      )
                            ) Civil Action No. 06-2041 (GK)
R. JAMES NICHOLSON,         )
Secretary of Veterans       )
Affairs,                    )
                            )
        Defendant.          )
_____)
```

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Amended Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 6th day of March, 2008, via personal service, upon the Defendant as follows:

> Hon. James B. Peake, Secretary
> U.S. Department of Veterans Affairs
> 810 Vermont Avenue, N.W.
> Washington, DC 20420

See Exhibit 1 (Copy of Affidavit of Service). I further certify that a copy of the Summons and Amended Complaint in the above-captioned case was similarly served on the 6th day of March, 2008, upon the Attorney General as follows:

> The Honorable Michael B. Mukasey
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530-0001

See Exhibit 2 (Copy of Affidavit of Service). I further certify that a copy of the Summons and Amended Complaint in the above-

captioned case was similarly served on the 6th day of March, 2008, upon the United States Attorney as follows:

>The Honorable Jeffrey A. Taylor
>United States Attorney
>Judiciary Center Building
>10th Floor
>555 Fourth Street, N.W.
>Washington, DC 20350

<u>See</u> Exhibit 3 (Copy of Affidavit of Service).

Respectfully Submitted,

_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
MYRREL C. HENDRICKS, JR.
    (D.C. Bar No. 291781)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

March 11, 2008         Attorneys for Plaintiff

**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANN M. MOGENHAN,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

JAMES B. PEAKE, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

Defendant.

Case: 1:08-cv-00391
Assigned To : Kessler, Gladys
Assign. Date : 3/4/2008
Description: Employ. Discrim.

PRINT NAME: Theriska Jeter
SIGN: Theriska Jeter
LOCATION: 810 Vermont Ave NW
TIME AND DATE: 4:20 pm 3/6/08

TO: (Name and address of Defendant)

Hon. James B. Peake, Secretary,
U.S. Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, DC 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4718

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR - 4 2008

CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 03/10/08 |
| NAME OF SERVER (PRINT) Al EDMONDSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: THERISKA JETER

☐ Returned unexecuted: _____

☐ Other (specify): Summons Accepted by Theriska Jeter, Employee in General Counsel Office at 810 Vermont Ave NW 20420. at 4:20 pm on 03/10/08. CASE 1:08-cv-00391

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $65.00 | $65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/10/08
          Date

Signature of Server

720 HOBART PL NW 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.