IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-2041 (GK) |
| R. JAMES NICHOLSON, | ) |
| Secretary of Veterans | ) |
| Affairs, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Amended Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 6th day of March, 2008, via personal service, upon the Defendant as follows:

> Hon. James B. Peake, Secretary
> U.S. Department of Veterans Affairs
> 810 Vermont Avenue, N.W.
> Washington, DC 20420

See Exhibit 1 (Copy of Affidavit of Service). I further certify that a copy of the Summons and Amended Complaint in the above-captioned case was similarly served on the 6th day of March, 2008, upon the Attorney General as follows:

> The Honorable Michael B. Mukasey
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530-0001

See Exhibit 2 (Copy of Affidavit of Service). I further certify that a copy of the Summons and Amended Complaint in the above-

captioned case was similarly served on the 6th day of March, 2008, upon the United States Attorney as follows:

>The Honorable Jeffrey A. Taylor
>United States Attorney
>Judiciary Center Building
>10th Floor
>555 Fourth Street, N.W.
>Washington, DC 20350

<u>See</u> Exhibit 3 (Copy of Affidavit of Service).

>Respectfully Submitted,
>
>
>_____/s/_____
>JOSEPH D. GEBHARDT
>    (D.C. Bar No. 113894)
>MYRREL C. HENDRICKS, JR.
>    (D.C. Bar No. 291781)
>GEBHARDT & ASSOCIATES, LLP
>1101 17th Street, N.W.
>Suite 807
>Washington, DC 20036-4716
>Tel: (202) 496-0400
>Fax: (202) 496-0404

March 11, 2008                    Attorneys for Plaintiff

**EXHIBIT 3**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANN M. MOGENHAN,

    Plaintiff,

            V.

JAMES B. PEAKE, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00391
Assigned To : Kessler, Gladys
Assign. Date : 3/4/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Hon. Jeffrey A. Taylor
United States Attorney
555 Fourth Street, N.W.
Washington, DC 20350

NAME: Gary Nail
SIGN: [signature]
LOCATION: 501 3rd St. NW Wash DC
DATE/TIME: 3/4/08  3:48 pm

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4718

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR - 4 2008
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 03/10/08 |
| NAME OF SERVER (PRINT)  AL EDMONDSON | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: GARY NAILS DOCKET CLERK FOR U.S. ATTORNEY JEFFREY TAYLOR 555 4th ST NW WDC 20350

☐ Returned unexecuted: _____

☐ Other (specify): SUMMONS LEFT AT 501 3rd ST. NW WDC 20350 WITH MR. GARY NAILS, A DOCKET CLERK FOR U.S. ATTORNEY GENERAL OFFICE; SUMMONS LEFT AT 3:48pm ON 03/04/08 FOR CASE # 1:08-CV-00391

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | PROCESS OF SERVICE | $165.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/10/08
            Date

Signature of Server

720 HOBART PL NW WDC 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.