UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN M. MOGENHAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-2041 (GK) |
| v. | ) | |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO ENLARGE DISCOVERY TO TAKE PLAINTIFF'S DEPOSITION

The United States Department of Veterans Affairs ("Defendant"), through the undersigned, hereby moves for an extension of time to take Plaintiff's deposition until May 16, 2008. Currently, discovery ends today, March 31, 2008. Good cause exists to grant this motion.

1. Since the parties last appeared before the Court, the parties have exchanged paper discovery.

2. However, despite diligent efforts, the undersigned has not been able to establish a firm date for Plaintiff's deposition and other minor outstanding discovery issues with opposing counsel.

3. To date, no depositions have been taken in this matter.

4. Pursuant to Local Rule 7(m), undersigned contacted opposing counsel today but has not heard back. The undersigned anticipates conferring further with opposing counsel to ensure that all depositions are taken by May 16, 2008.

WHEREFORE, Defendant requests that this enlargement be granted. A minute order is requested.

Dated: March 31, 2008						Respectfully Submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

Attorneys for R. James Nicholson

## CERTIFICATE OF SERVICE

I certify that on this 31st day of March 2008, I caused the foregoing Defendant's Motion to Extend to Take Plaintiff's Deposition to be served on Plaintiffs' attorney, Myrell Hendricks, Esq., via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)