UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ANN M. MOGENHAN,              )
                              )
      Plaintiff,              )
                              )
   v.                         )
                              )  Civil Action No. 06-2041 (GK)
R. JAMES NICHOLSON,           )
Secretary of Veterans         )
Affairs,                      )
                              )
      Defendant.              )
_____)
```

**PLAINTIFF'S MOTION FOR CONSOLIDATION**

Plaintiff Ann M. Mogenhan, by and through undersigned counsel, hereby file Plaintiff's Motion for Consolidation of <u>Mogenhan v. Nicholson</u>, Civil Action No. 06-2041 (GK), and <u>Mogenhan v. Peake</u>, Civil Action No. 08-0391 (GK) pursuant to Rule 42 of the Federal Rules of Civil Procedure.

1.   Plaintiff Ann Mogenhan filed her Complaint in Case No. 06-2041 asserting discrimination based on her race (White) and gender (female) and retaliation based on her prior EEO activity on November 29, 2006.  On January 17, 2007, Ms. Mogenhan amended her Complaint, adding a number of discriminatory and retaliatory acts that she had suffered subsequent to her first filing.

2.   On March 4, 2008, Plaintiff filed a new Complaint in

Civil Action 08-0391 asserting discrimination based on her gender (female) and disability (migraine headaches) and retaliation for her prior EEO activity. This new Complaint raises the same or similar questions of fact and law as Civil Action 06-2041 with respect to the issues of discrimination on the basis of gender and retaliation on the basis of prior EEO activity. At issue in the new complaint is the agency's failure to select Plaintiff for its Senior Executive Service ("SES") Development Program despite her outstanding credentials.

    3.   Moreover, Plaintiff's assertions of discrimination and retaliation in both Complaints were primarily based on actions taken by the same two agency employees — Plaintiff's first-level supervisor, Associate Chief Financial Officer David Rutledge, and her second-level supervisor, Chief Financial Officer Jimmy Norris.

    4.   At the Status Conference on April 16, 2008, the Court inquired of counsel about the desirability of consolidation. Counsel for the Plaintiff strongly supported consolidation for the reasons set forth in the instant Motion. Counsel for the Defendant stated that the Defendant did not consent.

    5.   On this record, it is clear that the interests of justice, economy and efficiency warrant consolidation of

Plaintiff's cases.  To proceed on each case individually would create a waste of judicial resources and subject Plaintiff and Defendant to the danger of inconsistent rulings.

For all these reasons, the above-captioned two cases should be consolidated and the common questions of law and fact heard together.  An appropriate draft Order is attached.

                                  Respectfully submitted,

                                  _____/s/_____
                                  MYRREL C. HENDRICKS, JR. (#291781)
                                  JOSEPH D. GEBHARDT (#113894)
                                  GEBHARDT & ASSOCIATES, LLP
                                  1101 17th Street, N.W.
                                  Suite 807
                                  Washington, DC 20036-4718
                                  (202) 496-0400

April 17, 2008                    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Consolidation was served this 17th day of April, 2008, via facsimile and electronic filing with the Court, upon counsel for the Defendant as follows:

        Kenneth Adebonojo
        U.S. ATTORNEY'S OFFICE
        555 Fourth Street, NW
        Washington, DC 20035
        (202) 514-7157
        (202) 514-8780
        Email: kenneth.adebonojo@usdoj.gov

        Christian Alexander Natiello
        U.S. ATTORNEY'S OFFICE
        555 Fourth Street, NW
        Room E-4112
        Washington, DC 20006-2401
        (202) 307-0338
        Fax: (202) 514-8780
        Email: christian.natiello@usdoj.gov

                              /s/
                        MYRREL C. HENDRICKS, JR.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANN M. MOGENHAN,              )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )  Civil Action No. 06-2041 (GK)<br>R. JAMES NICHOLSON,           )<br>Secretary of Veterans        )<br>Affairs,                      )<br>                              )<br>         Defendant.           )<br>_____) | |

| | |
|---|---|
| ANN M. MOGENHAN,              )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )  Civil Action No. 08-0391 (GK)<br>JAMES B. PEAKE,               )<br>Secretary of Veterans        )<br>Affairs,                      )<br>                              )<br>         Defendant.           )<br>_____) | |

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion to Consolidate the two individual above-captioned cases, it is hereby this _____ day of April, 2008, **ORDERED**:

That Plaintiff's Motion is hereby is GRANTED and that the above-captioned cases are hereby consolidated.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies To:

MYRREL C. HENDRICKS, JR.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

Kenneth Adebonojo, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530
Tel: (202) 307-1249
Fax: (202) 514-8780
Email: kenneth.adebojo@usdoj.gov

Christian Alexander Natiello
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room E-4112
Washington, DC 20006-2401
(202) 307-0338
Fax: (202) 514-8780
Email: christian.natiello@usdoj.gov