UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANN M. MOGENHAN,** ) | |
| ) | |
| Plaintiff, ) | No. 06-2041 (GK) |
| v. ) | ECF |
| ) | |
| Secretary of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

\_\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW
Washington, D.C. 20530
(202) 514-5134
(202) 514-8780 (fax)
Megan.weis@usdoj.gov