## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| **ANN M. MOGENHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 06-2041 (GK)** |
| **v.** | ) | |
| | ) | |
| **JAMES B. PEAK,** | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

---

## <u>PARTIES' JOINT PRAECIPE TO THE COURT</u>

The Secretary of the United States Department of Veterans Affairs, James B. Peake ("Defendant")[1] and Ann M. Mogenhan ("Plaintiff") (collectively "the parties"), by and through the undersigned counsel, hereby file this joint praecipe to notify the Court that Plaintiff's deposition was taken on May 14, 2008, and discovery is now closed in this matter.

In addition, the parties await the Court's disposition on Plaintiff's opposed Motion to Consolidate this action with the recently filed action, <u>Mogenhan v. Peake</u>, CA No. 08-0391 (GK).

The Court's ruling on Plaintiff's Motion to Consolidate these two cases will impact the next steps in this case. Plaintiff is requesting 90 days to complete discovery concerning the issues in the new case. In addition, whether or not the two cases are consolidated, Plaintiff will request that processing of this case to be held in abeyance pending the completion of discovery in her new case. Since discovery has been completed and this action is ripe for briefing, Defendant requests that the Court issue a briefing schedule to commence after thirty (30) days of mediation.

---

[1]     Secretary Peake, in his official capacity is substituted, for former Secretary of Veterans Affairs, R. James Nicholson, by operation of law pursuant to Fed. R. Civ. P. 25(d)(1).

Dated: June 16, 2008

Respectfully Submitted,

_/s/_____

MYRELL C. HENDRICKS, JR.
GEBHARDT & ASSOCS.
1101 17th St., N.W. St. 801
Washington, D.C.
20036-4716
Tel. (202)496-0400
Fax. (202496-0406

Attorneys for Ann M. Mogenhan

 _/s/_____

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 _/s/_____

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

 _/s/_____

KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

Attorneys for James B. Peake

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 16th day of June 2008, I caused the foregoing Parties' Joint Praecipe

to the Court to be served on Plaintiff's attorney, Myrell Hendricks, Esq., via the Court's

Electronic Case Filing system.


                                   ___/s/_____
                                   KENNETH ADEBONOJO
                                   Assistant United States Attorney
                                   Judiciary Center Building
                                   555 4th Street, N.W. – Civil Division
                                   Washington, D.C.  20530
                                   (202) 514-7157
                                   (202) 514-8780 (facsimile)