UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN M. MOGENHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-2041 (GK) |
| | : | |
| R. JAMES NICHOLSON, | : | |
| Secretary of Veterans Affairs, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| | : | |
| ANN M. MOGENHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 08-391 (GK) |
| | : | |
| JAMES B. PEAKE, | : | |
| Secretary of Veterans Affairs, | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of Plaintiff's Motion to Consolidate the two individual above-captioned cases, it is this 18th day of June, 2008, hereby

**ORDERED**, that discovery is now completed in CA 06-2041 and that no further discovery, which should have been taken in that case, may be taken in CA 08-391; and is further

**ORDERED**, that these two cases are referred to the Court's mediation for a period of **thirty days**; and it is further

**ORDERED**, that Plaintiff's Motion to Consolidate is **granted** and that the above-captioned cases are hereby consolidated.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**